UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOFFENBERG,<br>TERESA HOFFENBERG,<br><br>           Plaintiff,<br><br>  v.<br><br>WORLD SAVINGS BANK FSB,<br>et al.,<br><br>           Defendants. | Case No. EDCV 09-915-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant World Savings Bank, FSB, now known as Wachovia Mortgage, FSB, is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 17, 2009

                                                                       _____<br>
                                                                       VIRGINIA A. PHILLIPS<br>
                                                                       United States District Judge