JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HOFFENBERG, TERESA HOFFENBERG, <br><br> Plaintiff, <br><br> v. <br><br> WORLD SAVINGS BANK FSB, et al., <br><br> Defendants. | Case No. EDCV 09-915-VAP (FFMx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Cal Western Reconveyance Corporation is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 4, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge